```
                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF KENTUCKY
                  EASTERN DIVISION OF ASHLAND
```

ESTATE OF BILLY COLLINS, JR.;
BILLY JOSEPH COLLINS, ADMINISTRATOR,

    Plaintiff,

versus                  ACTION NO. 0:16-cv-00068-HRW

STEPHEN WILBURN, ET. AL.,

    Defendants.

## DEPOSITION OF OFFICER DOUGLAS M. WILHITE

On the 7th day of March, 2017, beginning at approximately 4:20 p.m., at the law office of Eldred E. Adams, Jr., located at 110 East Main Street, Louisa, Kentucky, before me, Angela F. Crigger, a Stenotype Reporter and Notary Public within and for the Commonwealth of Kentucky, appeared **OFFICER DOUGLAS M. WILHITE**, Witness, who being by me first duly sworn, gave his oral deposition in the causes pursuant to Notice of Counsel for the respective parties as hereinafter set forth. Said deposition is taken for purposes of discovery and all other purposes under the Federal Rules of Civil Procedure.

**ANGELA F. CRIGGER REPORTING**
**POST OFFICE BOX 1035**
**WARFIELD, KENTUCKY 41267**
***(304) 393-4320 ***

A P P E A R A N C E S:

On Behalf of the Plaintiff:

Michael J. Curtis, Esq.
CURTIS LEGAL SERVICES, INC.
1212 Bath Ave., 6th Floor
Post Office Box 1455
Ashland, Kentucky 41101

On Behalf of the Defendants:

Shawn Conley, Esq.
PORTER, SCHMITT, BANKS & BALDWIN
Post Office Drawer 1767
Paintsville, Kentucky 41240-1448

Chris J. Gadansky, Esq.
McBRAYER, McGINNIS, LESLIE & KIRKLAND, PLLC
9300 Shelbyville Road, Suite 110
Louisville, Kentucky 40222

CRIGGER REPORTING SERVICE

```
 1                         I N D E X

 2

 3    EXAMINATION OF WITNESS:

 4    OFFICER DOUGLAS M. WILHITE

 5    Direct Examination by Mr. Curtis            Page 04

 6

 7    EXHIBITS:

 8    None

 9

10    Reporter's Certificate - Page 17

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1          OFFICER DOUGLAS M. WILHITE, called as
2  a witness, after first being duly sworn, was examined
3  and testified as follows, to wit:
4                    DIRECT EXAMINATION
5  BY MR. CURTIS:
6       Q.   State your name, please.
7       A.   Douglas McArthur Wilhite, Jr.
8       Q.   And who are you employed by?
9       A.   Lawrence County Sheriff's Office.
10      Q.   And how long have you been employed?
11      A.   Since October 3rd, 2011.
12      Q.   So you've been with the Sheriff for six
13 years; right?
14      A.   Yes.
15      Q.   Where were you born?
16      A.   Winston-Salem, North Carolina.
17      Q.   Date of birth?
18      A.   February 20, 1970.
19           MR. CONLEY:  We can redact that.
20      Q.   And where did you go to school?
21      A.   All the schools, do you want, or just high
22 school.
23      Q.   No.  I don't want all of them.
24      A.   High school?
25      Q.   Yes.
```

```
 1        A.   Tolsia High School.
 2        Q.   And that being in --
 3        A.   West Virginia.
 4        Q.   Wayne County?
 5        A.   In Wayne County, West Virginia.
 6        Q.   And what year did you graduate?
 7        A.   '88.
 8        Q.   And after graduating, did you go to any
 9   other higher education or vocational?
10        A.   Not until I went to the Police Academy at
11   Eastern Kentucky University.
12        Q.   When was that?
13        A.   I believe it was in March of '92, and
14   graduated June 5th of '92.
15        Q.   And who were you employed with then?
16        A.   Louisa City Police Department.
17        Q.   And how long were you with the Louisa City
18   Police Department?  Until 2011?
19        A.   No, sir.  No.  It was just three years, four
20   years.
21        Q.   Three or four?
22        A.   Yeah.
23        Q.   Why did you leave?
24        A.   Finances.
25        Q.   Okay.  So you went to the private sector?
```

1    A.   I worked -- yes.  I worked at a Martiki
2    strip mines in Martin County for a little while.  I
3    worked at Wayne County Sheriff's Office for a while.
4    Then we moved to North Carolina, and it was a
5    financial move as well.
6    Q.   Okay.  When you were in North Carolina, did
7    you do any police work?
8    A.   Yes.  Mt. Airy Police Department for a
9    little over a year.
10   Q.   And then what?
11   A.   I started working at a body shop, more
12   financial stuff, money.
13   Q.   And when did you come back to Louisa?
14   A.   I believe November or December of -- it was
15   either '99 or 2000.  It was 2000.
16   Q.   2000?
17   A.   Uh-huh.
18   Q.   Who did you start working for then?
19   A.   James Medical equipment.
20   Q.   Okay.  Then after James Medical Equipment?
21   A.   I was still there.
22   Q.   You were still there?
23   A.   Yeah.  And I also worked for Lawrence County
24   Sheriff's Office.
25   Q.   So you're still with James Medical

-6-

```
 1   Equipment?
 2        A.   Yes.  I'm the vice president there.
 3        Q.   Okay.  How long have you been with James?
 4        A.   This will be my seventeenth year.
 5        Q.   17?  Pretty good.  So would you consider
 6   yourself a part-time or full-time deputy?
 7        A.   Full time.
 8        Q.   So you have two full-time jobs?
 9        A.   Yes, sir.
10        Q.   Now, you've been trained in the use of
11   force; correct?
12        A.   Yes, sir.
13        Q.   And when was the last training you had?
14        A.   We had some hands-on training last month.
15        Q.   Last month?
16        A.   Uh-huh.
17        Q.   Prior to May 29th of 2015, when was the last
18   training you had in the use of force?
19        A.   I can't recall the last actual use of force
20   training.
21             MR. CURTIS:  You can furnish all that
22   to me.  Okay?
23             MR. CONLEY:  Like I said, we'll get
24   with you after this and we'll make a list.
25        Q.   And what about the use of the Taser?
```

1      A.   Yes, sir.

2      Q.   What was the last training you had on that

3  prior to May 29th of 2015?

4      A.   If it wasn't in the early part of '15, it

5  would have been in 2014.

6      Q.   Okay.  And was that the person from the

7  Carter County Sheriff's Office, Tension (phonetic)?

8      A.   That they had mentioned prior, yes.

9      Q.   Okay.  Now, prior to May 29, 2015, did you

10 know Billy Collins?

11     A.   I knew of him and had transported him once.

12     Q.   Did you transport him to Eastern State?

13     A.   Yes, sir.

14     Q.   And that was in December of 2012?

15     A.   If that's -- yes.  If that's when it was.

16     Q.   And you transported him because of a mental

17 problem; correct?

18     A.   He had to have an evaluation, yes.

19     Q.   Did you know the nature of the problem?

20     A.   No, sir.

21     Q.   Did you know that he had been arrested for

22 throwing coffee on the mayor?

23     A.   I had heard he had threw coffee on the

24 mayor, yes.

25     Q.   And when you transported him to Eastern

―――――――――8―――――――――

```
 1   State, did anyone else go with you?
 2        A.   No, sir.
 3        Q.   After that had you had any contact with Mr.
 4   Collins prior to May 29th of 2015?
 5        A.   No direct contact, no.
 6        Q.   Indirect contact?
 7        A.   I think I responded to one call where he was
 8   driving reckless, but I never made contact with him.
 9        Q.   And that was it; correct?
10        A.   Yes, sir.
11        Q.   Now, on May 29th of 2015, you responded to
12   the city police?
13        A.   Yes.
14        Q.   And you have a report; is that correct?
15        A.   Yes, sir.
16        Q.   And could you please read that into the
17   record?
18        A.   Sure.  "While at the sheriff's office with
19   paperwork, was notified by dispatch to go to the
20   Louisa Police Department, reference backup for Unit
21   523, which is Steve Wilburn."
22        Q.   Okay.  Stop right there.  If you were
23   notified by dispatch, do you remember what dispatch
24   had to say?
25        A.   I believe it was they need backup at the PD.
```

─────────9─────────

```
1    It might have been along those words.  I'm
2    paraphrasing.  I'm not sure what the exact words
3    were.
4         Q.   Okay.  Continue.  523?
5         A.   Okay.  523 had Billy Collins arrested and
6    was having issues with the arrestee.
7         Q.   Did you know what issues?
8         A.   Not right off, no, sir.
9         Q.   Okay.  Continue.
10        A.   "Upon arrival, Sergeant Wilburn, Patrolman
11   Miller and Deputy Keefer were at the door of the
12   police department trying to gain entry due to the
13   arrestee being inside the foyer of the police
14   department, barricading himself against the door,
15   making it impossible to gain entry."
16        Q.   Okay.  You have been present while Deputy
17   Keefer gave his statement; correct?
18        A.   Yes, sir.
19        Q.   And would that correspond with yours?
20        A.   Yes, sir.
21        Q.   And you were present when Officer Miller was
22   giving his statement; correct?
23        A.   Yes, sir.
24        Q.   Would that correspond with yours?
25        A.   After I arrived, yes.  Because there was a
```

―――――――10―――――――
CRIGGER REPORTING SERVICE

```
 1   period there I have no knowledge of what they --
 2        Q.  What had happened; correct?
 3        A.  Correct.
 4        Q.  Now, when you arrived were you made aware of
 5   any Tasers being deployed?
 6        A.  Yes.  I believe what I noticed was a
 7   cartridge on the ground.  I think someone, and I
 8   can't remember who, somebody mentioned that he had
 9   already been tazed.
10        Q.  And on the ground.  Where was it on the
11   ground?
12        A.  I think on the ramp somewhere there in front
13   of the door.
14        Q.  On the ramp?
15        A.  Yes.
16        Q.  Now, do you know whether or not any
17   photographs were taken of that cartridge that was
18   found on the ramp?
19        A.  I do not.
20        Q.  Have you ever seen any photos of that
21   cartridge that was found on the ramp?
22        A.  No, sir.
23        Q.  Have you seen any photos of the foyer area
24   where this incident occurred?
25        A.  For this incident, no, sir.
```

1  Q. Do you know if anyone took any photos?

2  A. I'm not aware.

3  Q. Okay. Continue.

4  A. "As I approached the doorway, I could see the arrestee had been hit with a Taser, but the probes didn't seem to have made contact, and Mr. Collins continued to hold the door shut. Sergeant Wilburn went to another door of the police department and gained access to the door behind Mr. Collins, and then deployed his Taser to the back of Mr. Collins, making contact, allowing officers access through the doorway. As I made entry, the arrestee pushed Deputy Keefer back toward my direction, putting me against another door."

15 Q. Okay. Let's stop right there. Did you see Billy Collins with his closed fists strike Wilburn at any time?

18 A. No, sir.

19 Q. Continue.

20 A. Arrestee went to the floor, putting me against another door. I'm sorry. "Arrestee went to the floor, where he refused to release his hands to officers. This was a confined space, and I wasn't able to move toward arrestee until Patrolman Miller had changed position. I then deployed my ASP."

-12-

CRIGGER REPORTING SERVICE

1  Q. Stop right there.
2  A. Okay.
3  Q. Where was Patrolman Miller at this point in
4  time?
5  A. Okay. He would be to my left.
6  Q. Okay. And where was he in relation to Mr.
7  Collins?
8  A. Mr. Collins was facedown. His head was at
9  my feet. So Miller would be on his right.
10 Q. On his right. So Mr. Collins' head was
11 facedown at that point in time; correct?
12 A. Uh-huh.
13 Q. And where was Wilburn at this point in time?
14 A. There's the foyer door. He was in the
15 doorway to the police department itself, standing in
16 that doorway.
17 Q. And how close was he to Collins?
18 A. He couldn't have been no more than a foot
19 from his feet due to the small area there in the
20 foyer.
21 Q. Okay. Continue.
22 A. "I then deployed my ASP and attempted to pry
23 the arrestee's right forearm out from under his chest
24 area to be cuffed."
25 Q. Now, was your ASP open or closed?

1  A. When I got my ASP out it was facing down. I
2  opened it, and then went to use it, extended, under
3  his arm to try to leverage his arm out from under his
4  belt, yes.
5  Q. At any time did you use your ASP to strike
6  his body parts?
7  A. No, sir. No strikes were made by me.
8  Q. Did you see anyone make any strikes?
9  A. There was strikes being made, but I couldn't
10 tell you who struck where or who actually did what.
11 I was trying to think myself as far as, you know, how
12 to get his arm out from under him.
13 Q. Okay. Continue. The arrestee?
14 A. Yes. "The arrestee finally released his
15 right arm, and Patrolman Miller used a second pair of
16 cuffs and secured the right wrist to another set of
17 cuffs that were already on the left wrist. The
18 arrestee was on his belly for about a minute, when
19 Deputy Keefer and myself rolled him over, sat him
20 upright against the doorway frame. The arrestee had
21 a pulse and was breathing at this time, but
22 unresponsive."
23 Q. What do you mean, "unresponsive"?
24 A. I was trying to communicate, talk to him,
25 and he would mumble, but he wasn't making accurate

```
 1    words.
 2         Q.   Okay.  Continue.
 3         A.   "The arrestee had a pulse and was breathing
 4    at this time, but unresponsive.  I then notified
 5    dispatch to have EMS to respond."
 6         Q.   Now, let's stop right there.  At this time
 7    you knew there was something wrong with him?
 8         A.   Yes, sir.
 9         Q.   And it was enough of a concern that you
10    wanted EMS to come there immediately; correct?
11         A.   Yes, sir.
12         Q.   Continue?
13         A.   "Before EMS arrived, first responders from
14    Louisa Fire Department arrived, began CPR and
15    continued until EMS arrived, and the arrestee was
16    loaded and transported by ambulance to Three Rivers
17    Medical Center."
18         Q.   Who contacted the fire department?
19         A.   I'm not for sure who actually contacted them
20    because there were several of them already at the
21    fire department, given the close proximity there.
22    And I guess they were there after the graduation or
23    something, but they were already there.
24         Q.   When you mentioned earlier about striking,
25    you know, when you were trying to pry his arm loose,
```

```
 1   how many strikes do you recall seeing?
 2        A.   I couldn't recall.  Like I said --
 3        Q.   It was more than one; right?
 4        A.   I think so, but I don't know who struck who
 5   where.
 6             MR. CURTIS:  Okay.  No further
 7   questions.
 8             (This concludes the testimony of
 9   Officer Douglas M. Wilhite.)
10                    * * * * *
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

—16—

REPORTER'S CERTIFICATE

COMMONWEALTH OF KENTUCKY)
COUNTY OF LAWRENCE)

I, Angela F. Crigger, a Court Reporter and Notary Public in and for the State of Kentucky At Large, do hereby certify that the foregoing deposition of OFFICER DOUGLAS M. WILHITE was taken before me at the time and place and for the purposes in the caption stated; that the witness was first duly sworn by me to tell the truth, the whole truth and nothing but the truth; that the deposition was recorded stenographically by me in the presence of the witness; that the foregoing is a full, true and correct transcript of the deposition so given to the best of my ability; that there was no request that the witness read and sign the deposition; that the appearances were as stated in the caption.

I further certify that my Commission as Notary Public will expire June 2nd, 2018.

GIVEN UNDER MY HAND, this the 20th day of March, 2017.

_____
KENTUCKY NOTARY PUBLIC,
STATE AT LARGE
NOTARY ID: 511182

' 

'15 [1] - 8:4
'88 [1] - 5:7
'92 [2] - 5:13, 5:14
'99 [1] - 6:15

**0**

04 [1] - 3:5
0:16-cv-00068-HRW [1] - 1:7

**1**

1035 [1] - 1:22
110 [2] - 1:13, 2:15
1212 [1] - 2:6
1455 [1] - 2:6
17 [2] - 3:10, 7:5
1767 [1] - 2:12
1970 [1] - 4:18

**2**

20 [1] - 4:18
2000 [3] - 6:15, 6:16
2011 [2] - 4:11, 5:18
2012 [1] - 8:14
2014 [1] - 8:5
2015 [5] - 7:17, 8:3, 8:9, 9:4, 9:11
2017 [2] - 1:12, 17:22
2018 [1] - 17:20
20th [1] - 17:21
29 [1] - 8:9
29th [4] - 7:17, 8:3, 9:4, 9:11
2nd [1] - 17:20

**3**

304 [1] - 1:23
393-4320 [1] - 1:23
3rd [1] - 4:11

**4**

40222 [1] - 2:15
41101 [1] - 2:7
41240-1448 [1] - 2:12
41267 [1] - 1:22
4:20 [1] - 1:12

**5**

511182 [1] - 17:24
523 [3] - 9:21, 10:4, 10:5
5th [1] - 5:14

**6**

6th [1] - 2:6

**7**

7th [1] - 1:12

**9**

9300 [1] - 2:15

**A**

ability [1] - 17:16
able [1] - 12:24
Academy [1] - 5:10
access [2] - 12:9, 12:11
accurate [1] - 14:25
ACTION [1] - 1:7
actual [1] - 7:19
Adams [1] - 1:13
ADMINISTRATOR [1] - 1:5
airy [1] - 6:8
AL [1] - 1:8
allowing [1] - 12:11
ambulance [1] - 15:16
ANGELA [1] - 1:21
Angela [2] - 1:13, 17:5
appearances [1] - 17:18
appeared [1] - 1:14
approached [1] - 12:4
area [3] - 11:23, 13:19, 13:24
arm [5] - 14:3, 14:12, 14:15, 15:25
arrested [2] - 8:21, 10:5
arrestee [13] - 10:6, 10:13, 12:5, 12:12, 12:20, 12:21, 12:24, 14:13, 14:14, 14:18, 14:20, 15:3, 15:15
arrestee's [1] - 13:23
arrival [1] - 10:10
arrived [5] - 10:25, 11:4, 15:13, 15:14, 15:15
Ashland [1] - 2:7
ASHLAND [1] - 1:2
ASP [5] - 12:25, 13:22, 13:25, 14:1, 14:5
AT [1] - 17:24
attempted [1] - 13:22
Ave [1] - 2:6
aware [2] - 11:4, 12:2

**B**

backup [2] - 9:20, 9:25
BALDWIN [1] - 2:11
BANKS [1] - 2:11
barricading [1] - 10:14
Bath [1] - 2:6
began [1] - 15:14
beginning [1] - 1:12
Behalf [2] - 2:4, 2:10
behind [1] - 12:9
belly [1] - 14:18
belt [1] - 14:4
best [1] - 17:16
BILLY [2] - 1:4, 1:5
Billy [3] - 8:10, 10:5, 12:16
birth [1] - 4:17
body [2] - 6:11, 14:6
born [1] - 4:15
BOX [1] - 1:22
Box [1] - 2:6
breathing [2] - 14:21, 15:3
BY [1] - 4:5

**C**

caption [2] - 17:10, 17:18
Carolina [3] - 4:16, 6:4, 6:6
Carter [1] - 8:7
cartridge [3] - 11:7, 11:17, 11:21
causes [1] - 1:15
Center [1] - 15:17
Certificate [1] - 3:10
CERTIFICATE [1] - 17:1
certify [2] - 17:7, 17:19
changed [1] - 12:25
chest [1] - 13:23
Chris [1] - 2:14
City [2] - 5:16, 5:17
city [1] - 9:12
Civil [1] - 1:17
close [2] - 13:17, 15:21
closed [2] - 12:16, 13:25
coffee [2] - 8:22, 8:23
COLLINS [2] - 1:4, 1:5
Collins [10] - 8:10, 9:4, 10:5, 12:7, 12:9, 12:10, 12:16, 13:7, 13:8, 13:17
Collins' [1] - 13:10
Commission [1] - 17:19
Commonwealth [1] - 1:14
COMMONWEALTH [1] - 17:3
communicate [1] - 14:24
concern [1] - 15:9
concludes [1] - 16:8
confined [1] - 12:23
Conley [1] - 2:11
CONLEY [2] - 4:19, 7:23
consider [1] - 7:5
contact [6] - 9:3, 9:5, 9:6, 9:8, 12:6, 12:11
contacted [2] - 15:18, 15:19
continue [8] - 10:4, 10:9, 12:3, 12:19, 13:21, 14:13, 15:2, 15:12
continued [2] - 12:7, 15:15
correct [11] - 7:11, 8:17, 9:9, 9:14, 10:17, 10:22, 11:2, 11:3, 13:11, 15:10, 17:15
correspond [2] - 10:19, 10:24
Counsel [1] - 1:16
COUNTY [1] - 17:4
County [7] - 4:9, 5:4, 5:5, 6:2, 6:3, 6:23, 8:7
COURT [1] - 1:1
Court [1] - 17:5
CPR [1] - 15:14
CRIGGER [1] - 1:21
Crigger [2] - 1:13, 17:5
cuffed [1] - 13:24
cuffs [2] - 14:16, 14:17
Curtis [2] - 2:5, 3:5
CURTIS [4] - 2:5, 4:5, 7:21, 16:6

**D**

date [1] - 4:17
December [2] - 6:14, 8:14
Defendants [2] - 1:9, 2:10
Department [5] - 5:16, 5:18, 6:8, 9:20, 15:14
department [6] - 10:12, 10:14, 12:8, 13:15, 15:18, 15:21
deployed [4] - 11:5, 12:10, 12:25, 13:22
DEPOSITION [1] - 1:11
deposition [6] - 1:15, 1:16, 17:8, 17:12, 17:15, 17:17
Deputy [4] - 10:11, 10:16, 12:12, 14:19
deputy [1] - 7:6
Direct [1] - 3:5
direct [1] - 9:5
DIRECT [1] - 4:4
direction [1] - 12:13
discovery [1] - 1:17
dispatch [4] - 9:19, 9:23, 15:5
DISTRICT [2] - 1:1, 1:1
DIVISION [1] - 1:2
door [9] - 10:11, 10:14, 11:13, 12:7, 12:8, 12:9, 12:14, 12:21, 13:14
doorway [5] - 12:4, 12:12, 13:15, 13:16, 14:20
DOUGLAS [5] - 1:11, 1:15, 3:4, 4:1, 17:8
Douglas [2] - 4:7, 16:9
down [1] - 14:1
Drawer [1] - 2:12
driving [1] - 9:8
due [2] - 10:12, 13:19
duly [3] - 1:15, 4:2, 17:11

**E**

early [1] - 8:4
East [1] - 1:13
Eastern [3] - 5:11,

1

8:12, 8:25
EASTERN [2] - 1:1, 1:2
education [1] - 5:9
either [1] - 6:15
Eldred [1] - 1:12
employed [3] - 4:8, 4:10, 5:15
EMS [4] - 15:5, 15:10, 15:13, 15:15
entry [3] - 10:12, 10:15, 12:12
equipment [1] - 6:19
Equipment [2] - 6:20, 7:1
Esq [3] - 2:5, 2:11, 2:14
ESTATE [1] - 1:4
ET [1] - 1:8
evaluation [1] - 8:18
exact [1] - 10:2
EXAMINATION [2] - 3:3, 4:4
Examination [1] - 3:5
examined [1] - 4:2
EXHIBITS [1] - 3:7
expire [1] - 17:20
extended [1] - 14:2

## F

facedown [2] - 13:8, 13:11
facing [1] - 14:1
far [1] - 14:11
February [1] - 4:18
Federal [1] - 1:17
feet [2] - 13:9, 13:19
finally [1] - 14:14
finances [1] - 5:24
financial [2] - 6:5, 6:12
Fire [1] - 15:14
fire [2] - 15:18, 15:21
first [4] - 1:15, 4:2, 15:13, 17:10
fists [1] - 12:16
floor [2] - 12:20, 12:22
Floor [1] - 2:6
follows [1] - 4:3
foot [1] - 13:18
force [3] - 7:11, 7:18, 7:19
forearm [1] - 13:23
foregoing [2] - 17:7, 17:14
forth [1] - 1:16
four [2] - 5:19, 5:21
foyer [4] - 10:13, 11:23, 13:14, 13:20
frame [1] - 14:20
front [1] - 11:12
full [4] - 7:6, 7:7, 7:8, 17:14
full-time [2] - 7:6, 7:8
furnish [1] - 7:21

## G

Gadansky [1] - 2:14
gain [2] - 10:12, 10:15
gained [1] - 12:9
given [2] - 15:21, 17:15
GIVEN [1] - 17:21
graduate [1] - 5:6
graduated [1] - 5:14
graduating [1] - 5:8
graduation [1] - 15:22
ground [3] - 11:7, 11:10, 11:11
guess [1] - 15:22

## H

HAND [1] - 17:21
hands [2] - 7:14, 12:22
hands-on [1] - 7:14
head [2] - 13:8, 13:10
heard [1] - 8:23
hereby [1] - 17:7
hereinafter [1] - 1:16
high [2] - 4:21, 4:24
High [1] - 5:1
higher [1] - 5:9
himself [1] - 10:14
hit [1] - 12:5
hold [1] - 12:7

## I

ID [1] - 17:24
immediately [1] - 15:10
impossible [1] - 10:15
INC [1] - 2:5
incident [2] - 11:24, 11:25
indirect [1] - 9:6
inside [1] - 10:13
issues [2] - 10:6, 10:7
itself [1] - 13:15

## J

James [4] - 6:19, 6:20, 6:25, 7:3
jobs [1] - 7:8
JOSEPH [1] - 1:5
JR [1] - 1:4
Jr [2] - 1:13, 4:7
June [2] - 5:14, 17:20

## K

Keefer [4] - 10:11, 10:17, 12:13, 14:19
KENTUCKY [4] - 1:1, 1:22, 17:3, 17:23
Kentucky [7] - 1:13, 1:14, 2:7, 2:12, 2:15, 5:11, 17:6
KIRKLAND [1] - 2:14
knowledge [1] - 11:1

## L

Large [1] - 17:7
LARGE [1] - 17:24
last [6] - 7:13, 7:14, 7:15, 7:17, 7:19, 8:2
law [1] - 1:12
Lawrence [2] - 4:9, 6:23
LAWRENCE [1] - 17:4
leave [1] - 5:23
left [2] - 13:5, 14:17
LEGAL [1] - 2:5
LESLIE [1] - 2:14
leverage [1] - 14:3
list [1] - 7:24
loaded [1] - 15:16
located [1] - 1:13
loose [1] - 15:25
Louisa [6] - 1:13, 5:16, 5:17, 6:13, 9:20, 15:14
Louisville [1] - 2:15

## M

Main [1] - 1:13
March [3] - 1:12, 5:13, 17:21
Martiki [1] - 6:1
Martin [1] - 6:2
mayor [2] - 8:22, 8:24
McArthur [1] - 4:7
McBRAYER [1] - 2:14
McGINNIS [1] - 2:14
mean [1] - 14:23
Medical [4] - 6:19, 6:20, 6:25, 15:17
mental [1] - 8:16
mentioned [3] - 8:8, 11:8, 15:24
Michael [1] - 2:5
might [1] - 10:1
Miller [6] - 10:11, 10:21, 12:24, 13:3, 13:9, 14:15
mines [1] - 6:2
minute [1] - 14:18
money [1] - 6:12
month [2] - 7:14, 7:15
move [2] - 6:5, 12:24
moved [1] - 6:4
MR [4] - 4:5, 4:19, 7:23, 16:6
Mt [1] - 6:8
mumble [1] - 14:25
MY [1] - 17:21

## N

name [1] - 4:6
nature [1] - 8:19
need [1] - 9:25
never [1] - 9:8
NO [1] - 1:7
None [1] - 3:8
North [3] - 4:16, 6:4, 6:6
Notary [3] - 1:14, 17:6, 17:19
NOTARY [2] - 17:23, 17:24
nothing [1] - 17:12
Notice [1] - 1:16
noticed [1] - 11:6
notified [3] - 9:19, 9:23, 15:4
November [1] - 6:14

## O

occurred [1] - 11:24
October [1] - 4:11
OF [7] - 1:1, 1:2, 1:4, 1:11, 3:3, 17:3, 17:4
OFFICE [1] - 1:22
office [2] - 1:12, 9:18
Office [6] - 2:6, 2:12, 4:9, 6:3, 6:24, 8:7
Officer [2] - 10:21, 16:9
OFFICER [5] - 1:11, 1:14, 3:4, 4:1, 17:8
officers [2] - 12:11, 12:23
once [1] - 8:11
one [2] - 9:7, 16:3
open [1] - 13:25
opened [1] - 14:2
oral [1] - 1:15

## P

p.m [1] - 1:12
Page [2] - 3:5, 3:10
Paintsville [1] - 2:12
pair [1] - 14:15
paperwork [1] - 9:19
paraphrasing [1] - 10:2
part [2] - 7:6, 8:4
part-time [1] - 7:6
parties [1] - 1:16
parts [1] - 14:6
Patrolman [4] - 10:10, 12:24, 13:3, 14:15
PD [1] - 9:25
period [1] - 11:1
person [1] - 8:6
phonetic [1] - 8:7
photographs [1] - 11:17
photos [3] - 11:20, 11:23, 12:1
place [1] - 17:9
Plaintiff [2] - 1:6, 2:4
PLLC [1] - 2:14
point [3] - 13:3, 13:11, 13:13
Police [5] - 5:10, 5:16, 5:18, 6:8, 9:20
police [6] - 6:7, 9:12, 10:12, 10:13, 12:8, 13:15
PORTER [1] - 2:11
position [1] - 12:25
POST [1] - 1:22
Post [2] - 2:6, 2:12
presence [1] - 17:13
present [2] - 10:16, 10:21
president [1] - 7:2
pretty [1] - 7:5
private [1] - 5:25
probes [1] - 12:6
problem [2] - 8:17, 8:19
Procedure [1] - 1:17
proximity [1] - 15:21
pry [2] - 13:22, 15:25
Public [3] - 1:14, 17:6, 17:20

2

| | | | |
|---|---|---|---|
| **PUBLIC** [1] - 17:23<br>**pulse** [2] - 14:21, 15:3<br>**purposes** [3] - 1:17, 1:17, 17:9<br>**pursuant** [1] - 1:16<br>**pushed** [1] - 12:12<br>**putting** [2] - 12:13, 12:20<br><br>**Q**<br><br>**questions** [1] - 16:7<br><br>**R**<br><br>**ramp** [4] - 11:12, 11:14, 11:18, 11:21<br>**read** [2] - 9:16, 17:17<br>**reckless** [1] - 9:8<br>**record** [1] - 9:17<br>**recorded** [1] - 17:13<br>**redact** [1] - 4:19<br>**reference** [1] - 9:20<br>**refused** [1] - 12:22<br>**relation** [1] - 13:6<br>**release** [1] - 12:22<br>**released** [1] - 14:14<br>**remember** [2] - 9:23, 11:8<br>**report** [1] - 9:14<br>**Reporter** [2] - 1:14, 17:5<br>**Reporter's** [1] - 3:10<br>**REPORTER'S** [1] - 17:1<br>**REPORTING** [1] - 1:21<br>**request** [1] - 17:16<br>**respective** [1] - 1:16<br>**respond** [1] - 15:5<br>**responded** [2] - 9:7, 9:11<br>**responders** [1] - 15:13<br>**Rivers** [1] - 15:16<br>**Road** [1] - 2:15<br>**rolled** [1] - 14:19<br>**Rules** [1] - 1:17<br><br>**S**<br><br>**Salem** [1] - 4:16<br>**sat** [1] - 14:19<br>**SCHMITT** [1] - 2:11<br>**school** [3] - 4:20, 4:22, 4:24<br>**School** [1] - 5:1<br>**schools** [1] - 4:21<br>**second** [1] - 14:15 | **sector** [1] - 5:25<br>**secured** [1] - 14:16<br>**see** [3] - 12:4, 12:15, 14:8<br>**seeing** [1] - 16:1<br>**seem** [1] - 12:6<br>**Sergeant** [1] - 10:10<br>**sergeant** [1] - 12:7<br>**SERVICES** [1] - 2:5<br>**set** [2] - 1:16, 14:16<br>**seventeenth** [1] - 7:4<br>**several** [1] - 15:20<br>**Shawn** [1] - 2:11<br>**Shelbyville** [1] - 2:15<br>**Sheriff** [1] - 4:12<br>**sheriff's** [1] - 9:18<br>**Sheriff's** [4] - 4:9, 6:3, 6:24, 8:7<br>**shop** [1] - 6:11<br>**shut** [1] - 12:7<br>**sign** [1] - 17:17<br>**six** [1] - 4:12<br>**small** [1] - 13:19<br>**someone** [1] - 11:7<br>**somewhere** [1] - 11:12<br>**sorry** [1] - 12:21<br>**space** [1] - 12:23<br>**standing** [1] - 13:15<br>**start** [1] - 6:18<br>**started** [1] - 6:11<br>**STATE** [1] - 17:24<br>**state** [1] - 4:6<br>**State** [3] - 8:12, 9:1, 17:6<br>**statement** [2] - 10:17, 10:22<br>**STATES** [1] - 1:1<br>**stenographically** [1] - 17:13<br>**Stenotype** [1] - 1:14<br>**STEPHEN** [1] - 1:8<br>**Steve** [1] - 9:21<br>**still** [3] - 6:21, 6:22, 6:25<br>**stop** [4] - 9:22, 12:15, 13:1, 15:6<br>**Street** [1] - 1:13<br>**strike** [2] - 12:16, 14:5<br>**strikes** [4] - 14:7, 14:8, 14:9, 16:1<br>**striking** [1] - 15:24<br>**strip** [1] - 6:2<br>**struck** [2] - 14:10, 16:4<br>**stuff** [1] - 6:12<br>**Suite** [1] - 2:15<br>**sworn** [3] - 1:15, 4:2, 17:11 | **T**<br><br>**Taser** [3] - 7:25, 12:5, 12:10<br>**Tasers** [1] - 11:5<br>**tazed** [1] - 11:9<br>**Tension** [1] - 8:7<br>**testified** [1] - 4:3<br>**testimony** [1] - 16:8<br>**three** [2] - 5:19, 5:21<br>**Three** [1] - 15:16<br>**threw** [1] - 8:23<br>**throwing** [1] - 8:22<br>**Tolsia** [1] - 5:1<br>**took** [1] - 12:1<br>**toward** [2] - 12:13, 12:24<br>**trained** [1] - 7:10<br>**training** [5] - 7:13, 7:14, 7:18, 7:20, 8:2<br>**transcript** [1] - 17:15<br>**transport** [1] - 8:12<br>**transported** [4] - 8:11, 8:16, 8:25, 15:16<br>**true** [1] - 17:14<br>**truth** [3] - 17:11, 17:12<br>**try** [1] - 14:3<br>**trying** [4] - 10:12, 14:11, 14:24, 15:25<br>**two** [1] - 7:8<br><br>**U**<br><br>**under** [5] - 1:17, 13:23, 14:2, 14:3, 14:12<br>**UNDER** [1] - 17:21<br>**Unit** [1] - 9:20<br>**UNITED** [1] - 1:1<br>**University** [1] - 5:11<br>**unresponsive** [3] - 14:22, 14:23, 15:4<br>**upright** [1] - 14:20<br><br>**V**<br><br>**versus** [1] - 1:7<br>**vice** [1] - 7:2<br>**Virginia** [2] - 5:3, 5:5<br>**vocational** [1] - 5:9<br><br>**W**<br><br>**WARFIELD** [1] - 1:22<br>**Wayne** [3] - 5:4, 5:5, 6:3<br>**West** [2] - 5:3, 5:5 | **whole** [1] - 17:11<br>**Wilburn** [5] - 9:21, 10:10, 12:8, 12:16, 13:13<br>**WILBURN** [1] - 1:8<br>**wilhite** [1] - 16:9<br>**WILHITE** [5] - 1:11, 1:15, 3:4, 4:1, 17:8<br>**Wilhite** [1] - 4:7<br>**winston** [1] - 4:16<br>**winston-Salem** [1] - 4:16<br>**wit** [1] - 4:3<br>**Witness** [1] - 1:15<br>**WITNESS** [1] - 3:3<br>**witness** [4] - 4:2, 17:10, 17:14, 17:17<br>**words** [3] - 10:1, 10:2, 15:1<br>**wrist** [2] - 14:16, 14:17<br><br>**Y**<br><br>**year** [3] - 5:6, 6:9, 7:4<br>**years** [3] - 4:13, 5:19, 5:20<br>**yourself** [1] - 7:6 |

3

TUG VALLEY REPORTING SERVICE