UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
EASTERN DIVISION OF ASHLAND

_____

ESTATE OF BILLY COLLINS, JR.;
BILLY JOSEPH COLLINS, ADMINISTRATOR,

    Plaintiff,

COPY

versus               ACTION NO. 0:16-cv-00068-HRW

STEPHEN WILBURN, ET. AL.,

    Defendants.

_____

### DEPOSITION OF OFFICER JORDAN MILLER

On the 7th day of March, 2017, beginning at approximately 4:00 p.m., at the law office of Eldred E. Adams, Jr., located at 110 East Main Street, Louisa, Kentucky, before me, Angela F. Crigger, a Stenotype Reporter and Notary Public within and for the Commonwealth of Kentucky, appeared **OFFICER JORDAN MILLER**, Witness, who being by me first duly sworn, gave his oral deposition in the causes pursuant to Notice of Counsel for the respective parties as hereinafter set forth. Said deposition is taken for purposes of discovery and all other purposes under the Federal Rules of Civil Procedure.

**ANGELA F. CRIGGER REPORTING**
**POST OFFICE BOX 1035**
**WARFIELD, KENTUCKY 41267**
**\* (304) 393-4320 \***

—1—

1
2

A P P E A R A N C E S:

3

4

<u>On Behalf of the Plaintiff</u>:

5

Michael J. Curtis, Esq.
CURTIS LEGAL SERVICES, INC.

6

1212 Bath Ave., 6th Floor
Post Office Box 1455

7

Ashland, Kentucky  41101

8

9

10

<u>On Behalf of the Defendants</u>:

11

Shawn Conley, Esq.
PORTER, SCHMITT, BANKS & BALDWIN

12

Post Office Drawer 1767
Paintsville, Kentucky  41240-1448

13

14

Chris J. Gadansky, Esq.
McBRAYER, McGINNIS, LESLIE & KIRKLAND, PLLC

15

9300 Shelbyville Road, Suite 110
Louisville, Kentucky  40222

16
17
18
19
20
21
22
23
24
25

—2—

```
1                        I N D E X

2

3    EXAMINATION OF WITNESS:

4    OFFICER JORDAN MILLER

5    Direct Examination by Mr. Curtis          Page 04

6

7    EXHIBITS:

8    None

9

10   Reporter's Certificate - Page 22

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CRIGGER REPORTING SERVICE

```
 1              OFFICER JORDAN MILLER, called as a
 2    witness, after first being duly sworn, was examined
 3    and testified as follows, to wit:
 4                    DIRECT EXAMINATION
 5    BY MR. CURTIS:
 6         Q.   State your name, please.
 7         A.   Thaddeus Jordan Miller.
 8         Q.   And are you employed?
 9         A.   Am I employed?
10         Q.   Yes.
11         A.   Yes.
12         Q.   Who with?
13         A.   Big Sandy.
14         Q.   Big Sandy?
15         A.   Uh-huh.  Federal penitentiary.
16         Q.   Oh, USP?
17         A.   Uh-huh.
18         Q.   How long have you been with Big Sandy?
19         A.   About a month.
20         Q.   Now, how old are you?
21         A.   25.
22         Q.   What's your date of birth?
23         A.   8/26/1991.
24         Q.   Where were you born?
25         A.   Louisa.
```

1          Q.   Are you married?

2          A.   I am not.

3          Q.   Have you been married?

4          A.   No, sir.

5               MR. CURTIS:   If this goes to trial,

6     get me the relatives.   Likewise, I will get that for

7     you all, too.

8               MR. GADANSKY:   Sure.

9          Q.   Now, I guess you went to school here in

10    Louisa?

11         A.   I did.

12         Q.   Graduated from Lawrence County High School?

13         A.   I did.

14         Q.   What year?

15         A.   2010.

16         Q.   And after graduating, did you go to college?

17         A.   I did.   I attended Alice Lloyd for a year,

18    and I transferred to Ashland Technical.   I graduated

19    from there.

20         Q.   What kind of degree?

21         A.   I have a welding degree.

22         Q.   Welding?

23         A.   Yes, sir.

24         Q.   While you were school were you employed?

25         A.   I was.

-5-

1      Q.   With who?

2      A.   Food City of Louisa.

3      Q.   Okay.  Any other jobs?

4      A.   During college, no.

5      Q.   After college?

6      A.   After college I applied to Louisa Police

7  Department.

8      Q.   What year was that?

9      A.   2014.

10      Q.   2014.  And you went to the Academy; correct?

11      A.   Yes, sir.

12      Q.   And that was what?  18 weeks?

13      A.   Yes, sir.

14      Q.   And you took the same classes everyone else

15  takes; correct?

16      A.   Yes, sir.

17      Q.   Did you have classes on how to deal with

18  mentally ill people?

19      A.   There was a section about it, yes.

20      Q.   Tell me what you recall about that?

21      A.   Usually you want to have two officers there,

22  you know, just try to talk to them.  They're usually

23  unstable.  That's about all I can recall at this

24  time.

25      Q.   You've had classes on use of force; correct?

—6—

1      A.   Yes, sir.

2      Q.   And tell me about that, the classes?  On the

3   continuum use of force?

4      A.   Yes.  Use of force continuum, when to apply

5   use of force.  That's pretty much it.

6      Q.   Pretty much?

7      A.   Uh-huh.

8      Q.   Now, do you remember when in 2014 you hired

9   in?

10     A.   I want to say March.

11     Q.   March?

12     A.   Uh-huh.

13     Q.   So you had been with the City from March of

14   2014 until January of '17?

15     A.   Yes.

16     Q.   And during that period of time you had Taser

17   training; correct?

18     A.   Yes.

19     Q.   Was the guy named Tension (phonetic)?  Was

20   he the one that --

21     A.   I'm not sure.

22     Q.   You don't recall the guy's name?

23     A.   No, sir.

24     Q.   Since you've been an officer how many

25   training sessions have you had on Tasers, use of

—7—

1    Tasers?

2         A.   I don't recall.

3         Q.   1, 2, 3?

4         A.   I'm not sure.  At least two, I'd say.

5         Q.   At least two?

6         A.   Yes.

7         Q.   When to use it and when not to?

8         A.   Uh-huh.

9         Q.   Now, did you know Billy Collins?

10        A.   Do I know him?

11        Q.   Prior to May 29 of 2015?

12        A.   No, sir.

13        Q.   Had you ever heard of Billy Collins?

14        A.   No, sir.

15        Q.   None whatsoever?

16        A.   No.

17        Q.   Did you ever have any conversations with

18   Sergeant Wilburn about Billy Collins?

19        A.   No.

20        Q.   Were you aware that Billy Collins and

21   Sergeant Wilburn lived in the same apartment complex?

22        A.   No.

23        Q.   Let me ask you this.  May 29th of 2015, the

24   date of this incident, did you deploy your Taser?

25        A.   Prior to that?

—8—

1      Q.   No.  On Billy Collins?

2      A.   Yes, sir.

3      Q.   You did?

4      A.   Yes, sir.

5      Q.   How many times?

6      A.   One time.

7      Q.   Did you use the drive-stun mode any?

8      A.   I did not.

9      Q.   Why did you use the Taser?

10     A.   Why?

11     Q.   Uh-huh.

12     A.   When I arrived on scene Sergeant Wilburn was

13  talking to Mr. Collins.  He was yelling and

14  screaming, and he was wanting to go inside.  Sergeant

15  Wilburn was wanting to take him inside, and he didn't

16  want to go.  I didn't know that he had his Taser out

17  for drive-stun.  I couldn't see it from my angle.

18  And he turned, I guess he initiated the drive-stun,

19  and Collins turned around and started striking Mr.

20  Wilburn.

21     Q.   Striking him?

22     A.   Yes.

23     Q.   Where?

24     A.   With closed fists.

25     Q.   Where did he strike him?

—9—

1      A.   Upper torso.

2      Q.   Upper torso.   How many times?

3      A.   Roughly two before I deployed my Taser.

4      Q.   Roughly two?

5      A.   Uh-huh.

6      Q.   And that's with his fists; correct?

7      A.   Closed fists, yes.

8      Q.   And Mr. Collins is a big guy; correct?

9      A.   He was a pretty big guy.

10     Q.   And by striking him in the upper torso with

11   closed fists, Mr. Wilburn did not go down to the

12   floor; correct?

13     A.   He did not.   It did push him back, though.

14     Q.   These were rapid punches; correct?

15     A.   Yes.

16     Q.   And these rapid punches would be seen on the

17   body cam video; correct?

18     A.   Should be, yes.

19     Q.   And this is what you observed; correct?

20     A.   Yes.

21     Q.   And when he was striking him did he take his

22   arm back, like all the way back, like you're cocking

23   it and going bang, bang?

24     A.   I don't recall.

25     Q.   Or was it like a short jab, you know, like a

—10—

1    boxer?

2         A.   I don't recall.  I just knew that he was

3    striking him, and I couldn't get to him.

4         Q.   You couldn't get to him?

5         A.   No.   There was a banister in the way.

6         Q.   There was a banister in the way?

7         A.   Yes, sir.

8         Q.   Was this outside?

9         A.   Yes, sir.

10        Q.   And where were you when you observed this?

11        A.   I had just pulled into the parking lot, got

12   out of my vehicle, and was walking towards the police

13   department door.

14        Q.   And at that point in time did you notice the

15   sheriff's deputy, Keefer, pulling in, too?

16        A.   No.

17        Q.   Did you see Keefer's vehicle pull into the

18   parking lot at all?

19        A.   Did I see it?

20        Q.   Right.

21        A.   Before my deployment?

22        Q.   Right.

23        A.   He wasn't there before my deployment, I

24   don't believe.

25        Q.   Did you see Keefer deploy his Taser?

1      A.   I did.

2      Q.   You did?

3      A.   Yes.

4      Q.   Did you see Wilburn deploy his?

5      A.   I couldn't actually see it, no.

6      Q.   So do you know who deployed the Taser first?

7      A.   Not until after watching the video, I didn't

8   know who deployed first.

9      Q.   Okay.  Watching the video, who deployed it

10  first?

11     A.   Well, there was a drive-stun that Sergeant

12  Wilburn had done on Mr. Collins before I deployed

13  mine.

14     Q.   And you're the first one to deploy the

15  actual probe itself?

16     A.   Yes, sir.

17     Q.   And then who was the next one to deploy the

18  probe?

19     A.   That was Keefer.

20     Q.   And then who was the next one to deploy the

21  probe?

22     A.   That was Wilburn.

23     Q.   Wilburn.  There was only three probes?

24     A.   Yes.

25     Q.   And were they done within a relatively few

—12—

1    seconds apart of each other?

2         A.   Oh, they were several minutes apart, I would

3    assume.

4         Q.   Several minutes?

5         A.   Yeah.

6         Q.   Now, did you see Keefer and Wilburn push the

7    door open?

8         A.   I did.

9         Q.   And where were you when you saw Keefer and

10   Wilburn push the door open?

11        A.   I was behind them.

12        Q.   You was behind them?

13        A.   Uh-huh.

14        Q.   And at that point in time had you deployed

15   your Taser?

16        A.   It had already been deployed.

17        Q.   It had already been deployed?

18        A.   It had already been deployed and was

19   ineffective.

20        Q.   And was Mr. Collins trying to get the wires

21   out?

22        A.   Of whose?

23        Q.   Of yours?

24        A.   He had already had them out by that point.

25        Q.   He had already had them out?

—13—

1    A.   Yes, sir.  Before he even barricaded himself

2  in.  Because the cycle was still going, and I had to

3  turn my Taser off to holster it.

4    Q.   Okay.  And at this point in time Billy was

5  not barricaded?

6    A.   When I deployed?

7    Q.   Right.

8    A.   No, sir.  He was not.

9    Q.   You must have heard Sergeant Wilburn over

10  the radio; correct?

11    A.   Requesting another officer there?

12    Q.   Right.

13    A.   Yes, sir.

14    Q.   And what did he have to say?

15    A.   He asked me if I was on my way.

16    Q.   And was that the first time you had contact

17  with him about the incident?

18    A.   The first time I had contact with him over?

19    Q.   Mr. Collins?

20    A.   I arrived on scene at the graduation as

21  well, after he had already made contact with Mr.

22  Collins.

23    Q.   Did you see Mr. Collins' vehicle in the

24  ditch?

25    A.   I did.

—14—

1         Q.   Did you see and observe the contact between

2    Collins and Wilburn?

3         A.   I did observe it.  They had already made

4    contact by the time I arrived on scene.

5         Q.   And was he already placed under arrest?

6         A.   At the time they were just talking.

7         Q.   And did you stay until he was placed in the

8    cruiser?

9         A.   I did.  I waited for the vehicle to be

10   towed, and then I came to the police department.

11        Q.   What did you observe?  How was Mr. Collins

12   placed in the cruiser?

13        A.   How was he placed in the cruiser?

14        Q.   Right.

15        A.   He was not cuffed.  He was very loud and he

16   was cussing.  Put him in the backseat, you know.

17        Q.   He was loud, cussing?

18        A.   Yeah.

19        Q.   Who was he cussing?

20        A.   Just about anybody that was listening, I

21   guess.

22        Q.   And did he draw a crowd?

23        A.   Well, there was a huge crowd there anyway

24   because graduation had just let out.

25        Q.   I mean, was there a crowd watching what was

```
 1    taking place with Bobby --

 2         A.   I'm not sure.

 3         Q.   -- Wilburn and --

 4         A.   I'm not sure.

 5         Q.   Well, you were there?

 6         A.   I was, but I wasn't looking for a crowd.

 7         Q.   Well, you would observe people around you?

 8    Crowds gather and the crowd grows?

 9         A.   Well, yeah.   There were several people

10    there, you know, leaving in cars.

11         Q.   Okay.   In cars.   Anyone stop and say

12    anything?

13         A.   No.

14         Q.   Did you get up close?   Were you close enough

15    to Mr. Collins that you noticed he was not drinking

16    or anything?

17         A.   I did not -- I was close enough to him.   I

18    didn't know if he was drinking or not.   I did see

19    them do a PBT on him.   He did blow zeros.   There was

20    a bucket of --

21         Q.   Cold beer?

22         A.   -- cold beer in there.   So I didn't know.

23    Well, obviously, after he blew he probably was not

24    under the influence, so.   But I didn't smell any

25    alcohol on him.
```

— 16 —

1      Q.  Did Mr. Collins appear to be agitated?

2      A.  He was very agitated.

3      Q.  And was agitated about having to do the

4 field sobriety test?

5      A.  He was just agitated in general.  He did not

6 want to talk to anybody, not to none of us.

7      Q.  But you observed the field sobriety test;

8 right?

9      A.  Just the PBT.  I believe that's all he did.

10      Q.  Just PBT?

11      A.  Yes.  That's all I seen anyway.

12      Q.  So you waited until the vehicle was towed?

13      A.  Uh-huh.

14      Q.  And after the vehicle was towed, that's when

15 you approached; correct?

16      A.  When I approached?

17      Q.  When you went to the police station --

18      A.  Yes, sir.

19      Q.  -- because of the call from Wilburn;

20 correct?

21      A.  Yes, sir.

22      Q.  Now, he just said are you on your way?

23      A.  I believe that's what he said.

24      Q.  Did he sound in distress or anything?

25      A.  There was a little bit of a high pitchness

—17—

1    to his voice.  I've heard him talk on the radio

2    several times, and I knew something wasn't right.  I

3    didn't know what it was.

4         Q.  Now, when you arrived was Billy barricaded?

5         A.  No, sir.

6         Q.  Did you ever see Billy barricaded?

7         A.  I did.

8         Q.  And that was after you arrived; correct?

9         A.  When I arrived he was not barricaded.

10        Q.  Okay.  Tell me how he became barricaded?

11        A.  After I deployed my Taser and he pulled the

12   barbs out, he went back.  I guess he fell back into

13   the door, or went back to the door.  The door was

14   open, and he shuts it.

15        Q.  Then what?

16        A.  Then we couldn't get in.

17        Q.  You couldn't get in?

18        A.  No, sir.

19        Q.  You eventually gained entry; right?

20        A.  Through the back door.

21        Q.  Through the back door?  Who all gained entry

22   with you?

23        A.  Just Sergeant Wilburn is the only one that

24   gained entry to the back door.

25        Q.  And then how did you gain entry?

—18—

1          A.   After Sergeant Wilburn deployed his Taser,

2     it got him off the door and we came in.

3          Q.   And who is "we" came in?

4          A.   Mason Keefer and Mr. Wilhite.

5          Q.   And when you all entered, is that when

6     Keefer deployed the Taser?

7          A.   No.

8          Q.   When was it that Keefer deployed the Taser?

9          A.   Before we gained access to the rear door.

10         Q.   In other words, he deployed it while Collins

11    was outside?

12         A.   He was still barricaded, yes.

13         Q.   Huh?

14         A.   While he was still barricaded.

15         Q.   And that was through the rear door?

16         A.   When?

17         Q.   When Keefer tased him?

18         A.   No.  Through the front door.

19         Q.   Through the front door.  And that's after

20    Wilburn gained entry; correct?

21         A.   No.

22         Q.   It wasn't?

23         A.   No.

24         Q.   Okay.  Now, did you see Collins punch the

25    door?

-19-

CRIGGER REPORTING SERVICE

1        A.   Did I see him punching the door?

2        Q.   Right.

3        A.   Yes, I did.

4        Q.   And the glass?

5        A.   Uh-huh.

6        Q.   You have to say yes.   Is that a yes?

7        A.   Yes.

8        Q.   Did you and Keefer and Wilhite, did you all

9   ever force the foyer door open?

10       A.   Did we force it open?

11       Q.   Right.

12       A.   I never forced it open, no.

13       Q.   Okay.   Let me ask you this.   Did you ever

14   strike Billy any?

15       A.   I did.

16       Q.   Where?

17       A.   The upper torso with my baton.   After we got

18   him on the ground I had some closed strikes to the

19   back, trying to get his arms up.   He was still

20   fighting.   He was still cussing, still talking.   And

21   he still wasn't complying, wasn't giving his hands.

22       Q.   Did you ever strike him on the forearms?

23       A.   On the forearms?

24       Q.   Yes.

25       A.   Well, maybe the back of the forearms.

—20—

1      Q.  The back?

2      A.  Yes.

3      Q.  What about the front?

4      A.  I don't believe I could have got to the

5   front.  He was on the ground.

6      Q.  Okay.  Did you strike him in the head?

7      A.  No.

8      Q.  Did you strike him in the cheeks?

9      A.  The cheeks here (indicating)?

10     Q.  Yes.

11     A.  No, sir.

12     Q.  Around the left eye?

13     A.  No, sir.

14     Q.  Did you see anyone kick him?

15     A.  No.

16     Q.  No one kicked him?

17     A.  No.

18     Q.  What kind of shoes did you have on?

19     A.  Five eleven boots.

20     Q.  Five eleven boots?

21     A.  Uh-huh.

22              MR. CURTIS:  Okay.  I'm going to smoke

23   a cigarette real fast.  Yes, I'm through.

24              (This concludes the testimony of

25   Officer Jordan Miller.)  * * * * *

—21—

```
 1                    REPORTER'S CERTIFICATE

 2

 3    COMMONWEALTH OF KENTUCKY)

 4    COUNTY OF LAWRENCE)

 5         I, Angela F. Crigger, a Court Reporter and

 6    Notary Public in and for the State of Kentucky At

 7    Large, do hereby certify that the foregoing

 8    deposition of OFFICER JORDAN MILLER was taken before

 9    me at the time and place and for the purposes in the

10    caption stated; that the witness was first duly sworn

11    by me to tell the truth, the whole truth and nothing

12    but the truth; that the deposition was recorded

13    stenographically by me in the presence of the

14    witness; that the foregoing is a full, true and

15    correct transcript of the deposition so given to the

16    best of my ability; that there was no request that

17    the witness read and sign the deposition; that the

18    appearances were as stated in the caption.

19         I further certify that my Commission as Notary

20    Public will expire June 2nd, 2018.

21         GIVEN UNDER MY HAND, this the 20th day of March,

22    2017.

23                    _____

24                    KENTUCKY NOTARY PUBLIC,
                      STATE AT LARGE
                      NOTARY ID: 511182
25
```

CRIGGER REPORTING SERVICE

**'**

**6**

6th [1] - 2:6

**0**

04 [1] - 3:5
0:16-cv-00068-HRW [1] - 1:7

**7**

7th [1] - 1:12

**8**

8/26/1991 [1] - 4:23

**1**

1 [1] - 8:3
1035 [1] - 1:22
110 [2] - 1:13, 2:15
1212 [1] - 2:6
1455 [1] - 2:6
1767 [1] - 2:12
18 [1] - 6:12

**9**

9300 [1] - 2:15

**A**

ability [1] - 22:16
Academy [1] - 6:10
access [1] - 19:9
ACTION [1] - 1:7
actual [1] - 12:15
Adams [1] - 1:13
ADMINISTRATOR [1] - 1:5
agitated [4] - 17:1, 17:2, 17:3, 17:5
AL [1] - 1:8
alcohol [1] - 16:25
Alice [1] - 5:17
ANGELA [1] - 1:21
Angela [2] - 1:13, 22:5
angle [1] - 9:17
anyway [2] - 15:23, 17:11
apart [2] - 13:1, 13:2
apartment [1] - 8:21
appear [1] - 17:1
appearances [1] - 22:18
appeared [1] - 1:14
applied [1] - 6:6
apply [1] - 7:4
approached [2] - 17:15, 17:16
arm [1] - 10:22
arms [1] - 20:19
arrest [1] - 15:5
arrived [6] - 9:12, 14:20, 15:4, 18:4, 18:8, 18:9
ASHLAND [1] - 1:2
Ashland [2] - 2:7, 5:18
assume [1] - 13:3
AT [1] - 22:24

**2**

2 [1] - 8:3
2010 [1] - 5:15
2014 [4] - 6:9, 6:10, 7:8, 7:14
2015 [2] - 8:11, 8:23
2017 [2] - 1:12, 22:22
2018 [1] - 22:20
20th [1] - 22:21
22 [1] - 3:10
25 [1] - 4:21
29 [1] - 8:11
29th [1] - 8:23
2nd [1] - 22:20

**3**

3 [1] - 8:3
304 [1] - 1:23
393-4320 [1] - 1:23

**4**

40222 [1] - 2:15
41101 [1] - 2:7
41240-1448 [1] - 2:12
41267 [1] - 1:22
4:00 [1] - 1:12

**5**

511182 [1] - 22:24

attended [1] - 5:17
Ave [1] - 2:6
aware [1] - 8:20

**B**

backseat [1] - 15:16
BALDWIN [1] - 2:11
bang [2] - 10:23
banister [2] - 11:5, 11:6
BANKS [1] - 2:11
barbs [1] - 18:12
barricaded [8] - 14:1, 14:5, 18:4, 18:6, 18:9, 18:10, 19:12, 19:14
Bath [1] - 2:6
baton [1] - 20:17
became [1] - 18:10
beer [2] - 16:21, 16:22
beginning [1] - 1:12
Behalf [2] - 2:4, 2:10
behind [2] - 13:11, 13:12
best [1] - 22:16
between [1] - 15:1
big [4] - 4:13, 4:14, 10:8, 10:9
Big [1] - 4:18
Billy [9] - 8:9, 8:13, 8:18, 8:20, 9:1, 14:4, 18:4, 18:6, 20:14
BILLY [2] - 1:4, 1:5
birth [1] - 4:22
bit [1] - 17:25
blew [1] - 16:23
blow [1] - 16:19
Bobby [1] - 16:1
body [1] - 10:17
boots [2] - 21:19, 21:20
born [1] - 4:24
BOX [1] - 1:22
Box [1] - 2:6
boxer [1] - 11:1
bucket [1] - 16:20
BY [1] - 4:5

**C**

cam [1] - 10:17
caption [2] - 22:10, 22:18
cars [2] - 16:10, 16:11
causes [1] - 1:15
Certificate [1] - 3:10
CERTIFICATE [1] -

22:1
certify [2] - 22:7, 22:19
cheeks [2] - 21:8, 21:9
Chris [1] - 2:14
cigarette [1] - 21:23
City [2] - 6:2, 7:13
Civil [1] - 1:17
classes [4] - 6:14, 6:17, 6:25, 7:2
close [3] - 16:14, 16:17
closed [4] - 9:24, 10:7, 10:11, 20:18
cocking [1] - 10:22
cold [2] - 16:21, 16:22
college [4] - 5:16, 6:4, 6:5, 6:6
COLLINS [2] - 1:4, 1:5
collins [1] - 12:12
Collins [17] - 8:9, 8:13, 8:18, 8:20, 9:1, 9:13, 9:19, 10:8, 13:20, 14:19, 14:22, 15:2, 15:11, 16:15, 17:1, 19:10, 19:24
Collins' [1] - 14:23
Commission [1] - 22:19
Commonwealth [1] - 1:14
COMMONWEALTH [1] - 22:3
complex [1] - 8:21
complying [1] - 20:21
concludes [1] - 21:24
Conley [1] - 2:11
contact [5] - 14:16, 14:18, 14:21, 15:1, 15:4
continuum [2] - 7:3, 7:4
conversations [1] - 8:17
correct [16] - 6:10, 6:15, 6:25, 7:17, 10:6, 10:8, 10:12, 10:14, 10:17, 10:19, 14:10, 17:15, 17:20, 18:8, 19:20, 22:15
Counsel [1] - 1:16
County [1] - 5:12
COUNTY [1] - 22:4
COURT [1] - 1:1
Court [1] - 22:5
CRIGGER [1] - 1:21
Crigger [2] - 1:13, 22:5
crowd [5] - 15:22, 15:23, 15:25, 16:6,

16:8
crowds [1] - 16:8
cruiser [3] - 15:8, 15:12, 15:13
cuffed [1] - 15:15
Curtis [2] - 2:5, 3:5
CURTIS [4] - 2:5, 4:5, 5:5, 21:22
cussing [4] - 15:16, 15:17, 15:19, 20:20
cycle [1] - 14:2

**D**

date [2] - 4:22, 8:24
deal [1] - 6:17
Defendants [2] - 1:9, 2:10
degree [2] - 5:20, 5:21
department [2] - 11:13, 15:10
Department [1] - 6:7
deploy [6] - 8:24, 11:25, 12:4, 12:14, 12:17, 12:20
deployed [10] - 10:3, 12:6, 12:8, 12:9, 12:12, 13:14, 13:16, 13:17, 13:18, 14:6, 18:11, 19:1, 19:6, 19:8, 19:10
deployment [2] - 11:21, 11:23
DEPOSITION [1] - 1:11
deposition [6] - 1:15, 1:16, 22:8, 22:12, 22:15, 22:17
deputy [1] - 11:15
Direct [1] - 3:5
DIRECT [1] - 4:4
discovery [1] - 1:17
distress [1] - 17:24
DISTRICT [2] - 1:1, 1:1
ditch [1] - 14:24
DIVISION [1] - 1:2
done [2] - 12:12, 12:25
door [17] - 11:13, 13:7, 13:10, 18:13, 18:20, 18:21, 18:24, 19:2, 19:9, 19:15, 19:18, 19:19, 19:25, 20:1, 20:9
down [1] - 10:11
draw [1] - 15:22
Drawer [1] - 2:12
drinking [2] - 16:15, 16:18

1

**drive** [4] - 9:7, 9:17, 9:18; 12:11
**drive-stun** [4] - 9:7, 9:17, 9:18, 12:11
**duly** [3] - 1:15, 4:2, 22:10
**during** [2] - 6:4, 7:16

**E**

**East** [1] - 1:13
**EASTERN** [2] - 1:1, 1:2
**Eldred** [1] - 1:12
**eleven** [2] - 21:19, 21:20
**employed** [3] - 4:8, 4:9, 5:24
**entered** [1] - 19:5
**entry** [5] - 18:19, 18:21, 18:24, 18:25, 19:20
**Esq** [3] - 2:5, 2:11, 2:14
**ESTATE** [1] - 1:4
**ET** [1] - 1:8
**eventually** [1] - 18:19
**EXAMINATION** [2] - 3:3, 4:4
**Examination** [1] - 3:5
**examined** [1] - 4:2
**EXHIBITS** [1] - 3:7
**expire** [1] - 22:20
**eye** [1] - 21:12

**F**

**fast** [1] - 21:23
**federal** [1] - 4:15
**Federal** [1] - 1:17
**fell** [1] - 18:12
**few** [1] - 12:25
**field** [2] - 17:4, 17:7
**fighting** [1] - 20:20
**first** [9] - 1:15, 4:2, 12:6, 12:8, 12:10, 12:14, 14:16, 14:18, 22:10
**fists** [4] - 9:24, 10:6, 10:7, 10:11
**five** [2] - 21:19, 21:20
**Floor** [1] - 2:6
**floor** [1] - 10:12
**follows** [1] - 4:3
**food** [1] - 6:2
**force** [6] - 6:25, 7:3, 7:4, 7:5, 20:9, 20:10
**forced** [1] - 20:12

**forearms** [3] - 20:22, 20:23, 20:25
**foregoing** [2] - 22:7, 22:14
**forth** [1] - 1:16
**foyer** [1] - 20:9
**front** [4] - 19:18, 19:19, 21:3, 21:5
**full** [1] - 22:14

**G**

**GADANSKY** [1] - 5:8
**Gadansky** [1] - 2:14
**gain** [1] - 18:25
**gained** [5] - 18:19, 18:21, 18:24, 19:9, 19:20
**gather** [1] - 16:8
**general** [1] - 17:5
**given** [1] - 22:15
**GIVEN** [1] - 22:21
**glass** [1] - 20:4
**graduated** [2] - 5:12, 5:18
**graduating** [1] - 5:16
**graduation** [2] - 14:20, 15:24
**ground** [2] - 20:18, 21:5
**grows** [1] - 16:8
**guess** [4] - 5:9, 9:18, 15:21, 18:12
**guy** [3] - 7:19, 10:8, 10:9

**H**

**HAND** [1] - 22:21
**hands** [1] - 20:21
**head** [1] - 21:6
**heard** [3] - 8:13, 14:9, 18:1
**hereby** [1] - 22:7
**hereinafter** [1] - 1:16
**High** [1] - 5:12
**high** [1] - 17:25
**himself** [1] - 14:1
**hired** [1] - 7:8
**holster** [1] - 14:3
**huge** [1] - 15:23

**I**

**ID** [1] - 22:24
**ill** [1] - 6:18
**INC** [1] - 2:5
**incident** [2] - 8:24,

14:17
**indicating** [1] - 21:9
**ineffective** [1] - 13:19
**influence** [1] - 16:24
**initiated** [1] - 9:18
**inside** [2] - 9:14, 9:15
**itself** [1] - 12:15

**J**

**jab** [1] - 10:25
**January** [1] - 7:14
**jobs** [1] - 6:3
**Jordan** [2] - 4:7, 21:25
**JORDAN** [5] - 1:11, 1:14, 3:4, 4:1, 22:8
**JOSEPH** [1] - 1:5
**JR** [1] - 1:4
**Jr** [1] - 1:13
**June** [1] - 22:20

**K**

**Keefer** [10] - 11:15, 11:25, 12:19, 13:6, 13:9, 19:4, 19:6, 19:8, 19:17, 20:8
**Keefer's** [1] - 11:17
**KENTUCKY** [4] - 1:1, 1:22, 22:3, 22:23
**Kentucky** [6] - 1:13, 1:14, 2:7, 2:12, 2:15, 22:6
**kick** [1] - 21:14
**kicked** [1] - 21:16
**kind** [2] - 5:20, 21:18
**KIRKLAND** [1] - 2:14

**L**

**Large** [1] - 22:7
**LARGE** [1] - 22:24
**law** [1] - 1:12
**Lawrence** [1] - 5:12
**LAWRENCE** [1] - 22:4
**least** [2] - 8:4, 8:5
**leaving** [1] - 16:10
**left** [1] - 21:12
**LEGAL** [1] - 2:5
**LESLIE** [1] - 2:14
**likewise** [1] - 5:6
**listening** [1] - 15:20
**lived** [1] - 8:21
**Lloyd** [1] - 5:17
**located** [1] - 1:13
**looking** [1] - 16:6
**loud** [2] - 15:15, 15:17

**Louisa** [5] - 1:13, 4:25, 5:10, 6:2, 6:6
**Louisville** [1] - 2:15

**M**

**Main** [1] - 1:13
**march** [1] - 7:11
**March** [4] - 1:12, 7:10, 7:13, 22:21
**married** [2] - 5:1, 5:3
**mason** [1] - 19:4
**McBRAYER** [1] - 2:14
**McGINNIS** [1] - 2:14
**mean** [1] - 15:25
**mentally** [1] - 6:18
**Michael** [1] - 2:5
**MILLER** [5] - 1:11, 1:15, 3:4, 4:1, 22:8
**Miller** [2] - 4:7, 21:25
**mine** [1] - 12:13
**minutes** [2] - 13:2, 13:4
**mode** [1] - 9:7
**month** [1] - 4:19
**MR** [4] - 4:5, 5:5, 5:8, 21:22
**must** [1] - 14:9
**MY** [1] - 22:21

**N**

**name** [2] - 4:6, 7:22
**named** [1] - 7:19
**never** [1] - 20:12
**next** [2] - 12:17, 12:20
**NO** [1] - 1:7
**None** [1] - 3:8
**none** [2] - 8:15, 17:6
**Notary** [3] - 1:14, 22:6, 22:19
**NOTARY** [2] - 22:23, 22:24
**nothing** [1] - 22:11
**notice** [1] - 11:14
**Notice** [1] - 1:16
**noticed** [1] - 16:15

**O**

**observe** [4] - 15:1, 15:3, 15:11, 16:7
**observed** [3] - 10:19, 11:10, 17:7
**obviously** [1] - 16:23
**OF** [7] - 1:1, 1:2, 1:4, 1:11, 3:3, 22:3, 22:4
**OFFICE** [1] - 1:22

**office** [1] - 1:12
**Office** [2] - 2:6, 2:12
**officer** [2] - 7:24, 14:11
**OFFICER** [5] - 1:11, 1:14, 3:4, 4:1, 22:8
**Officer** [1] - 21:25
**officers** [1] - 6:21
**old** [1] - 4:20
**one** [7] - 7:19, 9:6, 12:14, 12:17, 12:20, 18:23, 21:16
**open** [6] - 13:7, 13:10, 18:14, 20:9, 20:10, 20:12
**oral** [1] - 1:15
**outside** [2] - 11:8, 19:11

**P**

**p.m** [1] - 1:12
**Page** [2] - 3:5, 3:10
**Paintsville** [1] - 2:12
**parking** [2] - 11:11, 11:18
**parties** [1] - 1:16
**PBT** [3] - 16:19, 17:9, 17:10
**penitentiary** [1] - 4:15
**people** [3] - 6:18, 16:7, 16:9
**period** [1] - 7:16
**pitchness** [1] - 17:25
**place** [2] - 16:1, 22:9
**placed** [4] - 15:5, 15:7, 15:12, 15:13
**Plaintiff** [2] - 1:6, 2:4
**PLLC** [1] - 2:14
**point** [4] - 11:14, 13:14, 13:24, 14:4
**Police** [1] - 6:6
**police** [3] - 11:12, 15:10, 17:17
**PORTER** [1] - 2:11
**POST** [1] - 1:22
**Post** [2] - 2:6, 2:12
**presence** [1] - 22:13
**pretty** [3] - 7:5, 7:6, 10:9
**probe** [3] - 12:15, 12:18, 12:21
**probes** [1] - 12:23
**Procedure** [1] - 1:17
**PUBLIC** [1] - 22:23
**Public** [3] - 1:14, 22:6, 22:20
**pull** [1] - 11:17
**pulled** [2] - 11:11,

2

18:11
**pulling** [1] - 11:15
**punch** [1] - 19:24
**punches** [2] - 10:14, 10:16
**punching** [1] - 20:1
**purposes** [3] - 1:17, 22:9
**pursuant** [1] - 1:15
**push** [3] - 10:13, 13:6, 13:10
**put** [1] - 15:16

### R

**radio** [2] - 14:10, 18:1
**rapid** [2] - 10:14, 10:16
**read** [1] - 22:17
**real** [1] - 21:23
**rear** [2] - 19:9, 19:15
**recorded** [1] - 22:12
**relatively** [1] - 12:25
**relatives** [1] - 5:6
**remember** [1] - 7:8
**Reporter** [2] - 1:14, 22:5
**REPORTER'S** [1] - 22:1
**Reporter's** [1] - 3:10
**REPORTING** [1] - 1:21
**request** [1] - 22:16
**requesting** [1] - 14:11
**respective** [1] - 1:16
**Road** [1] - 2:15
**roughly** [2] - 10:3, 10:4
**Rules** [1] - 1:17

### S

**Sandy** [3] - 4:13, 4:14, 4:18
**saw** [1] - 13:9
**scene** [3] - 9:12, 14:20, 15:4
**SCHMITT** [1] - 2:11
**school** [2] - 5:9, 5:24
**School** [1] - 5:12
**screaming** [1] - 9:14
**seconds** [1] - 13:1
**section** [1] - 6:19
**see** [14] - 9:17, 11:17, 11:19, 11:25, 12:4, 12:5, 13:6, 14:23, 15:1, 16:18, 18:6, 19:24, 20:1, 21:14
**Sergeant** [8] - 8:18,

8:21, 9:12, 9:14, 12:11, 14:9, 18:23, 19:1
**SERVICES** [1] - 2:5
**sessions** [1] - 7:25
**set** [1] - 1:16
**several** [4] - 13:2, 13:4, 16:9, 18:2
**Shawn** [1] - 2:11
**Shelbyville** [1] - 2:15
**sheriff's** [1] - 11:15
**shoes** [1] - 21:18
**short** [1] - 10:25
**shuts** [1] - 18:14
**sign** [1] - 22:17
**smell** [1] - 16:24
**smoke** [1] - 21:22
**sobriety** [2] - 17:4, 17:7
**sound** [1] - 17:24
**started** [1] - 9:19
**state** [1] - 4:6
**State** [1] - 22:6
**STATE** [1] - 22:24
**STATES** [1] - 1:1
**station** [1] - 17:17
**stay** [1] - 15:7
**stenographically** [1] - 22:13
**Stenotype** [1] - 1:14
**STEPHEN** [1] - 1:8
**still** [7] - 14:2, 19:12, 19:14, 20:19, 20:20, 20:21
**stop** [1] - 16:11
**Street** [1] - 1:13
**strike** [5] - 9:25, 20:14, 20:22, 21:6, 21:8
**strikes** [1] - 20:18
**striking** [5] - 9:19, 9:21, 10:10, 10:21, 11:3
**stun** [4] - 9:7, 9:17, 9:18, 12:11
**Suite** [1] - 2:15
**sworn** [3] - 1:15, 4:2, 22:10

### T

**tased** [1] - 19:17
**Taser** [13] - 7:16, 8:24, 9:9, 9:16, 10:3, 11:25, 12:6, 13:15, 14:3, 18:11, 19:1, 19:6, 19:8
**Tasers** [2] - 7:25, 8:1
**Technical** [1] - 5:18

**Tension** [1] - 7:19
**test** [2] - 17:4, 17:7
**testified** [1] - 4:3
**testimony** [1] - 21:24
**Thaddeus** [1] - 4:7
**three** [1] - 12:23
**took** [1] - 6:14
**torso** [4] - 10:1, 10:2, 10:10, 20:17
**towards** [1] - 11:12
**towed** [3] - 15:10, 17:12, 17:14
**training** [2] - 7:17, 7:25
**transcript** [1] - 22:15
**transferred** [1] - 5:18
**trial** [1] - 5:5
**true** [1] - 22:14
**truth** [3] - 22:11, 22:12
**try** [1] - 6:22
**trying** [2] - 13:20, 20:19
**turn** [1] - 14:3
**turned** [2] - 9:18, 9:19
**two** [5] - 6:21, 8:4, 8:5, 10:3, 10:4

### U

**UNDER** [1] - 22:21
**under** [3] - 1:17, 15:5, 16:24
**UNITED** [1] - 1:1
**unstable** [1] - 6:23
**up** [2] - 16:14, 20:19
**upper** [4] - 10:1, 10:2, 10:10, 20:17
**USP** [1] - 4:16

### V

**vehicle** [6] - 11:12, 11:17, 14:23, 15:9, 17:12, 17:14
**versus** [1] - 1:7
**video** [3] - 10:17, 12:7, 12:9
**voice** [1] - 18:1

### W

**waited** [2] - 15:9, 17:12
**walking** [1] - 11:12
**WARFIELD** [1] - 1:22
**watching** [3] - 12:7, 12:9, 15:25
**weeks** [1] - 6:12

**welding** [2] - 5:21, 5:22
**whatsoever** [1] - 8:15
**whole** [1] - 22:11
**wilburn** [1] - 9:20
**WILBURN** [1] - 1:8
**Wilburn** [18] - 8:18, 8:21, 9:12, 9:15, 10:11, 12:4, 12:12, 12:22, 12:23, 13:6, 13:10, 14:9, 15:2, 16:3, 17:19, 18:23, 19:1, 19:20
**Wilhite** [2] - 19:4, 20:8
**wires** [1] - 13:20
**wit** [1] - 4:3
**Witness** [1] - 1:15
**WITNESS** [1] - 3:3
**witness** [4] - 4:2, 22:10, 22:14, 22:17
**words** [1] - 19:10

### Y

**year** [3] - 5:14, 5:17, 6:8
**yelling** [1] - 9:13

### Z

**zeros** [1] - 16:19

3