Video Transcript

Estate of Billy Collins, Jr. vs. Louisa Police Department
U.S.D.C. - Case No. 16-cv-00068-HRW

BC - Billy Collins, Plaintiff/Decedent
SW - Steven Wilburn, Officer Louisa Police Department
JM - Jordan Miller, Officer Louisa Police Department
MK - Mason Keefer,  Deputy Lawrence County Sheriff's Department
DW - Douglas Wilhite, Deputy Lawrence County Sheriff's Department

Video begins with Billy Collins standing on the platform outside the Louisa Police Department and City Hall building.

   \*\*   \*\*   \*\*   \*\*   \*\*   \*\*   \*\*   \*\*   \*\*   \*\*   \*\*   \*\*

SW: Billy.  Go inside now and quit yelling.

BC: (yelling, no words, just sounds)

SW: We're not going to play games Billy.  Let go of the rail and come on..... Let's go. Come on. You're gonna quit playing games. You're gonna get cuffed behind the back. (Placing cuff on left arm) Come on.  Let's go.  Billy... I'm going to light you up.  Let go of the rail... right now.  We can do this easy or hard.  Come on.  Billy.

BC: (He has been quiet and not made a sound since yelling at the onset of the video) I ain't never disrespected you, why are you disrespecting me for.

SW: You're disrespecting me by this...

BC: Bull shit.  You ain't my G\*D boss.  How'd I disrespect you. Tell him to let the F\* go of me.

SW: Let go of the banister.

BC: I'll be pissed off...

SW: Huh?

BC: I'm gonna get pissed off.  You ain't gonna like it. (Still holding onto the rail)

SW: You're going to get pissed off, I'm going to get pissed off.

BC: Go ahead and get mad.

SW: Huh?



BC: Go ahead and get mad.

SW: Come on.

BC: I want you to get mad.

SW: Come on.

BC: Get mad boy.

SW: Come on... Pull...

BC: I guarantee you don't want me to pull back.

SW: 322, are you on your way.

JM: 10-4, I'm pulling in right now.

SW: 10-4. Let go of the banister.

BC: F* you.

SW: Billy.... Let go of the banister now...

BC: No.

SW: (There is a jerk by the officer, unknown if it was a jab or him unholstering tazer) NOW... Let go of the banister... (Other Officer pulls in, Officer Wilburn is now holding tazer above Billy's back) I'm going to light you up. Let go of the banister... Let go of the banister... NOW Billy. Let go of the banister.

BC: (Speaking to Officer in front of him that just arrived) Get him off of me.

SW: You're about to get lit up, Billy...

BC: No.

SW: Let go of the banister.

BC: (Speaking to Officer Miller) I ain't done nothing to nobody and he wants to keep F*ing with me.

JM: Come on.

SW: Let go of the banister.

BC: I ain't doing it.

SW:   LET GO OF THE BANISTER NOW...

(Keeps poking Billy in the back with the tazer. Billy starts to turn around, Officer Wilburn's tazer against his back, he tries to knock Officers arm away holding tazer, Officer quickly puts tazer to Billy's neck area, his arms begin flailing looks to be a reaction to being shocked as Officer Miller has also deployed his tazer.  While he is being shocked, he falls back into doorway, door is open, into a foyer where he shuts the door and locks it. All this time you hear the clicking of the tazers as they proceed to drive-stun and 'shock' Billy.  Clicking continues for a slow count of 8.)

SW:   (inaudible) Louisa, need back up, PD.  I NEED BACK UP, THE PD.  BILLY OPEN THE DOOR.

(?):  What's he doin?

SW:   Fighting.  We tazed him.  He grabbed hold of the banister. I was trying to cuff him and he pulled away and punched me. Ready?  (I did not see Billy throw a punch.  This account of what happened does not seem to go with the video.)

MK:   I'll pop him as soon as you open it.

SW:   He's already been popped once.

MK:   Didn't put him on the ground?

(Beeping sound, both Officer Wilburn and Deputy Keefer fire tazer probes on Billy and you hear him screaming being shocked. Slow count of 9 or 10 on clicking tazing sound, Billy screaming the whole time.  He comes forward into the door opening.  The camera view is only of Deputy Keefer holding tazer.  You cannot see what is going on or being done to Billy at this point, just continued screams and thumps, more clicking)

SW:   GET ON THE GROUND, BILLY...

MK:   He's gettin' it again.  He's gettin' it again.  Give it a second.

(Banging sound, Billy still screaming)

SW:   They're still attached, they're still attached.  Hit him. (Clicking of tazers again, slow count of 6)

MK:   They're out now.

SW:   No, it's still in. (Clicking continues, slow count of 6,

almost no break in clicking)

MK: He's bleeding everywhere.

SW: Yeah, I know it.

MK: Are you bleeding?

SW: That's his blood I think. (Clicking finally stops)

\*\*Billy and Officer Wilburn were out of camera view for several seconds when door was pushed open. I can only speculate it was during that time that Billy was being struck to be 'bleeding everywhere' as he was not bleeding before he first entered the foyer where he locked the door to keep from being tazed)

SW: Hey, hey... I got keys to the back door.  (Starts walking)

(?): (inaudible)

SW: Huh?

(?): What do you want back here.

SW: I'm going to pop him from behind.  Bust the door down. (Talking to mic, 911) Louisa, stand by.  (Breathing heavy) Is he still holding that white door?

(?): Yeah, 10-4.  He's still at the white door.

911: Copy, you need anything down that way.

SW: You better head this way.  Subject assaulted me and he got in the foyer.  He's got the white door barricaded and I'm coming in from behind.  I'm getting ready to open this door up. (Shot fired from tazer)

BC: (Screams, looks to be convulsing, falling backwards, Deputies come in from other door and pull him to the ground where he lands face down)

SW: GET ON THE GROUND, BILLY, NOW... GET ON THE GROUND.  GET ON THE GROUND.  GET DOWN.  GET ON THE GROUND, BILLY.  PUT YOUR HANDS BEHIND YOUR BACK.

BC: (Still making same screaming convulsing kind of sound, non-stop since hit with tazer.  Deputy Keefer is over Billy beating on him, throwing left and right punches, non-stop)

(?): HANDS BEHIND YOUR BACK.

SW: PUT THEM BACK.  PUT YOUR HANDS BEHIND YOUR BACK.

(?): Pull again.

SW: PUT YOUR HANDS BEHIND YOUR BACK. (Speaking to mic, 911) Subject has been tazed multiple times. (Officer Wilburn steps away from the room along with the camera so it is unknown what is being done to Billy) (He returns and Deputy Keefer is extending his ASP baton and begins striking Billy) PUT YOUR HANDS BEHIND YOUR BACK...  NOW...

(?): Put your hands behind your back.

(Clicking from tazer again, Billy screaming again, about a count of 8)

SW: Hold on, I'm lighting him again. (Officer briefly puts his hand over the camera)

BC: (Making lower groaning sounds, getting lower and slower)

SW: PUT THEM BEHIND YOUR BACK BILLY.  I'M GOING TO LIGHT YOU AGAIN...  PUT YOUR HANDS BEHIND YOUR BACK.

911: Are you 10-12 with him (?)

(Officer Miller is seen striking Billy to the right side of the screen.)

SW: I've got four units here trying to get him...

MK: I got this one, you get that one.  He's not moving this one.

**Deputy Wilhite is knelt at Billy's head.  They have both arms cuffed and Deputy Wilhite appears to jab or hit Billy and you hear a grunt sound before the officer stands up and closes his ASP baton.  Deputy Keefer hands something to Deputy Wilhite.)

SW: Subjects secured at this time.

MK: There is stuff everywhere...

SW: There's keys and something laying over here.... BILLY, WHY ARE YOU WANNA ACT LIKE THAT... (Yelling at an unresponsive body)  Shew....

MK: You can't help it... I mean... the door was locked... all right...  I've got (?) blood on it..  Ok...

SW: I think I'm cut. I think...  (You can see a knick on his

        fingernail, probably got his hand in the way of a baton)

MK: You're cut?

SW: I think so.

MK: Go clean yourself.

SW: Ok.

MK: We got him.

(Officer Wilburn leaves the room with camera)