UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
EASTERN DIVISION AT ASHLAND
CIVIL ACTION NO. 0:16-cv-00068-HRW

ESTATE OF BILLY COLLINS, JR.;
BILLY JOSEPH COLLINS, ADMINISTRATOR          PLAINTIFF

-vs-          **EXHIBIT LIST**

STEPHEN WILBURN, et al.          DEFENDANTS

Comes now the Defendants Garret Roberts, Officer Keefer, and Officer Wilhite in their individual capacities by and through counsel, and submit the following final list of exhibits which may be used at the trial of this action. Defendants reserve the right to introduce exhibits previously disclosed.

1. Coroner's Report for Decedent Billy Collins Jr.;
2. Sergeant Steven Wilburn Body Cam Video;
3. Policy and Procedures Manual Lawrence County Sheriff's Officer;
4. Policy and Procedure Manual for the City of Louisa Police Department;
5. Louisa Police Department's Incident Report;
6. Louisa Use of Force Reports;
7. Taser Downloads;
8. NIBRS Report;
9. Dispatch CAD records;
10. Deputy Mason Keefer Personnel Files w/ training records;
11. Deputy Douglas Wilhite w/ training records;
12. Michael D. Bosse Expert Witness Report;

1

13. J. Rodney Sherrod Expert Witness Report;

14. Deputy Wilhite Statement;

15. Deputy Keefer Statement;

16. Billy Collins, Jr Medical records;

17. Kentucky State Police Final Investigative Report, videos and photos completed by Detective Chris Carter

18. All exhibits listed by the plaintiff or co-defendant to the extent admissible;

19. Any exhibits needed for impeachment purposes;

20. Exhibits attached to witness and party depositions, summary judgment motion and reply, or otherwise of record in this matter;

21. Exhibits produced during discovery in this matter;

22. Demonstrative exhibits attached to witness and party depositions;

23. Defendant reserves the right to amend or alter this exhibit list to add additional exhibits as they become known or available;

PORTER, BANKS, BALDWIN & SHAW, PLLC

327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky  41240-1767
Telephone:    (606) 789-3747
Facsimile:     (606) 789-9862

By:   /s/Jonathan C. Shaw_____
Jonathan C. Shaw
Attorney for Defendants Garrett Roberts, individually and in his official capacity; Officer Keefer, individually and in his official capacity; Officer Wilhite, individually and in his official capacity; Lawrence County Sheriff's Office; and Lawrence County, Kentucky

CERTIFICATE OF SERVICE:

The undersigned hereby certifies that a true and correct copy of the foregoing has been served upon undersigned counsel this 11th day of September, 2017:

Michael J. Curtis
1212 Bath Avenue, Suite 620
P.O. Box 1455
Ashland, KY 41105
*Counsel for Plaintiff*

ROBERT T. WATSON
CHRIS J. GADANSKY
McBrayer, McGinnis, Leslie & Kirkland, PLLC
9300 Shelbyville Road, Suite 110
Louisville, Kentucky 40222
*Counsel for Defendants Wilburn, Miller,*
*Fugitt, Louisa City Police Department, and*
*City of Louisa, Kentucky*

By: /s/ Jonathan C. Shaw
     Jonathan C. Shaw