**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: December 05, 2017

Mr. Michael Joseph Curtis
Curtis Legal Services
1701 Central Avenue
P.O. Box 1455
Ashland, KY 41105

Mr. Chris J. Gadansky
McBrayer, McGinnis, Leslie & Kirkland
9300 Shelbyville Road
Suite 210
Louisville, KY 40222

Mr. Robert T. Watson
McBrayer, McGinnis, Leslie & Kirkland
9300 Shelbyville Road
Suite 210
Louisville, KY 40222

Re: Case No. 17-6436, *Estate of Billy Collins, Jr. v. Stephen Wilburn, et al*
Originating Case No. : 0:16-cv-00068

Dear Counsel,

   This appeal has been docketed as case number **17-6436** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   **The Case Manager for this appeal is Bryant Crutcher: 513-564-7013. Please make a note of this information and call this number with any questions that you may have.**

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and

registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **December 19, 2017**.  Additionally, the transcript order must be completed by that date.

NOTE:  Effective July 18, 2016, all attorneys choosing to do so must order transcript for appeal by using the CM/ECF docket entries.  The transcript order form used prior to that date will not be accepted after July 18.  For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Appellant: | Appearance of Counsel |
| | Civil Appeal Statement of Parties & Issues |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |
| Appellee: | Appearance of Counsel |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Bryant L. Crutcher
Case Manager
Direct Dial No. 513-564-7013

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 17-6436

ESTATE OF BILLY COLLINS, JR., Billy Joe Collins, Administrator

       Plaintiff - Appellant

v.

STEPHEN WILBURN, Individually and in his Official Capacity; JORDAN MILLER, Individually and in his Official Capacity; GREG FUGITT, Individually and in his Official Capacity; LOUISA CITY POLICE DEPARTMENT; CITY OF LOUISA, KY

       Defendants - Appellees

 and

GARRETT ROBERTS, Individually; OFFICER KEEFER, Individually; OFFICER WILHITE, Individually; LAWRENCE COUNTY SHERIFFS DEPARTMENT; LAWRENCE COUNTY, KENTUCKY; DEFENDANTS UNKNOWN

       Defendants.